**UNITED STATES BANKRUPTCY COURT**

Central District of Illinois
216 Federal Building
100 N.E. Monroe St.
Peoria, IL 61602–1003

---

*In Re:* Standard Forwarding Co., Inc.
*Debtor(s)*

*Case No.:* 09–83707
*Chapter* 11

---

***PLEASE TAKE NOTICE*** that a Hearing will be held at

   Federal Building, Room 121, 100 NE Monroe Street, Peoria, IL 61602

   on 2/24/10 at 11:00 AM

to consider and act upon the following:

Final Hrg. on Motion to Use Cash Collateral filed by Debtor Standard Forwarding Co., Inc.

NOTE: Attorneys located outside the Peoria Tri–County area may appear at this hearing telephonically. If appearing telephonically, please call 1–866–215–3649 five minutes prior to the hearing time. Use CONFERENCE ID# 52466790

Dated: 1/21/10

                                                    Pamela C. Sherry
                                                    Clerk, U.S. Bankruptcy Court

   Go to ***www.ilcb.uscourts.gov*** for information regarding this court's ***mandatory*** electronic filing policy.