**IT IS SO ORDERED.**

**SIGNED THIS: March 01, 2010**

_[signature]_
**THOMAS L. PERKINS
UNITED STATES CHIEF BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| STANDARD FORWARDING CO., INC., | ) | Case No. 09-83707 |
| | ) | |
| | ) | Honorable Thomas L. Perkins |
| Debtor. | ) | |

**AGRE ED INTERIM ORDER ON MOTION OF DEBTOR PURSUANT TO SECTIONS 105(a), 362, 363, 364, 507 AND 552 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 4001(c) FOR ENTRY OF INTERIM AND FINAL ORDERS (A) AUTHORIZING POST-PETITION FINANCING; (B) AUTHORIZING THE USE OF CASH COLLATERAL; (C) GRANTING ADEQUATE PROTECTION; (D) MODIFYING THE AUTOMATIC STAY; AND (E) SCHEDULING A FINAL HEARING**

85843 v1

This matter coming to be heard for the continued initial hearing on that certain *Motion of the Debtor Pursuant to Sections 105(a), 362, 363, 364, 507 and 552 of the Bankruptcy Code and Bankruptcy Rule 4001(c) for Entry of Interim and Final Orders (a) Authorizing Postpetition Financing; (b) Authorizing the Use of Cash Collateral; (c) Granting Adequate Protection; (d) Modifying the Automatic Stay; and (e) Scheduling a Final Hearing* (the "Motion"), the Court having reviewed the Motion, the terms and provisions of this Interim Order, and having heard and considered statements of counsel, and any objections and any evidence offered; and the Court being fully advised in the premises;

**THE COURT HEREBY CONCLUDES AND ORDERS AS FOLLOWS:**

1.  The Debtor is authorized to obtain financing from the DIP Lender on an interim basis pursuant to, and on the terms set forth in, that certain INTERIM ORDER ON MOTION OF DEBTOR PURSUANT TO SECTIONS 105(a), 362, 363, 364, 507 AND 552 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 4001(c) FOR ENTRY OF INTERIM AND FINAL ORDERS (A) AUTHORIZING POST-PETITION FINANCING; (B) AUTHORIZING THE USE OF CASH COLLATERAL; (C) GRANTING ADEQUATE PROTECTION; (D) MODIFYING THE AUTOMATIC STAY; AND (E) SCHEDULING A FINAL HEARING, entered by this Court on January 4, 2010 (the "January 4 Order") and the subsequent order entered by this Court on January 28, 2010, with respect to the Debtor's continued use of cash collateral and interim financing (together with the January 4 Order, the "Interim DIP Orders"). Any capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the January 4 Order.

2. The findings of fact, conclusions of law and all provisions of the Interim DIP Orders are adopted hereby in full, except as modified and set forth below:

    a. The DIP Budget shall include the budget attached hereto as <u>Exhibit A</u>, which budget is expressly made a part hereof;

    b. The DIP Credit Facility Maturity Date is extended through and including March 15, 2010; and

    c. The Challenge Deadline is extended through and including March 12, 2010, unless otherwise ordered or rendered moot by the Court in connection with proposed sale described in the pending Motion of the Debtor for entry of an order: (A) approving an asset purchase agreement for the sale of substantially all of the assets of the estate; (B) authorizing the sale of the assets of the Debtor pursuant thereto free and clear of liens, claims, encumbrances and interests; (C) authorizing the assumption and assignment of executory contracts and unexpired leases; and (D) authorizing the payment of priority claims immediately upon closing of sale, set for hearing on March 4, 2010.

3. This Interim Order shall be immediately effective upon its entry, and shall not be stayed until the expiration of 14 days or any other period after its entry pursuant to Bankruptcy Rule 6004(h) or otherwise.

4. The Debtor shall serve a copy of this Interim Order on or before March 1, 2010 to the following parties: (i) the United States Trustee in this District, (ii) each of the Debtor's twenty (20) largest unsecured creditors, (iii) the Debtor's secured creditors, (iv) counsel for the Committee, and (v) any other party entitled to or requested notice under Bankruptcy Rule 4001. The Debtor may provide such service by electronic mail, facsimile, U.S. mail and/or overnight courier.

5. To the extent of any inconsistency between the terms of the Prepetition Loan Documents, the DIP Financing Documents and this Interim Order, this Interim Order will control in all respects.

3

85843 v3  2/26/2010

Agreed as to Form and Content:

| | |
|---|---|
| /s/ Nathan Q. Rugg | /s/ Michael J. Small |
| Howard L. Adelman, Esq. | Michael J. Small, Esq. |
| Henry B. Merens, Esq. | Thomas C. Hardy, Esq. |
| Nathan Q. Rugg, Esq. | Foley & Lardner LLP |
| Adelman & Gettleman, Ltd. | 321 N. Clark St., Suite 2800 |
| 53 W. Jackson Blvd, Suite 1050 | Chicago, Illinois 60610 |
| Chicago, Illinois 60604 | (t) 312-832-5832 |
| (t) 312-435-1050 | (f) 312-832-4700 |
| (f) 312-435-1059 | |
| | |
| Counsel to the Debtor | Counsel to DIP Lender |

/s/ Steven B. Towbin
Steven B. Towbin, Esq.
Gordon E. Gouveia
Shaw Gussis Fishman Glantz
 Wolfson & Towbin LLC
321 N. Clark Street, Suite 800
Chicago, IL 60654
(t) 312-541-0151
(f) 312-980-3888

Counsel to the Committee

###

4

85843 v3 2/26/2010

# EXHIBIT A

# Standard Forwarding Co., Inc.
## Cash Budget Forecast - March 1 - 15, 2010

|    | A                                                | B            | C             | D         | E  | F           |
|----|--------------------------------------------------|--------------|---------------|-----------|----|-------------|
| 3  |                                                  |              |               |           |    | Mar-10      |
| 4  | Work Days                                        |              |               |           |    | 11          |
| 5  | Holidays                                         |              |               |           |    | 0           |
| 6  | Total Days                                       |              |               |           |    | 10          |
| 7  |                                                  |              |               |           |    | 11          |
| 10 | **Projected Cash Receipts**                      |              |               |           | $  | 2,585,000   |
| 13 |                                                  | Fixed        | Fixed         |           |    |             |
| 14 | **OPERATING EXPENSES:**                          | Per Day      | Per Month     | Variable  |    |             |
| 15 | Driver Wages                                     |              |               | 27.75%    | $  | 589,145     |
| 16 | Dock Wages                                       |              |               | 3.25%     | $  | 68,999      |
| 17 | Manager/Supv/Dispatch Salaries & Wages           | $ 7,519      |               |           | $  | 75,188      |
| 18 | Dock Manager/Supv Salaries & Wages               | $ 834        |               |           | $  | 8,338       |
| 19 | Customer Service Salaries & Wages                | $ 1,318      |               |           | $  | 13,179      |
| 20 | Operations Non Bargaining Benefits               | $ 2,421      |               |           | $  | 48,423      |
| 21 | Billing/Clerks Wages                             | $ 1,610      |               |           | $  | 16,426      |
| 22 | Shop Management Wages                            | $ 636        |               |           | $  | 6,362       |
| 23 | Shop Management Benefits                         | $ 157        |               |           | $  | 3,145       |
| 24 | Shop Maintenance Wages                           | $ 2,485      |               |           | $  | 25,351      |
| 25 | Parts & Outside Repairs                          | $ 12,382     |               |           | $  | 123,816     |
| 26 | Shop Operating Expenses                          | $ 487        |               |           | $  | 4,869       |
| 27 | Tractor Lease/Rental Expense                     | $ 142        |               |           | $  | 6,424       |
| 28 | Trailer Lease/Rental Expense                     | $ 27         |               |           | $  | 5,273       |
| 29 | Forklift/Misc Ops Equip Lease/Rental             | $ 45         |               |           | $  | 454         |
| 30 | Fuel/Oil/Taxes                                   |              |               | 14.00%    | $  | 397,226     |
| 31 | Forklift Fuel Expense                            |              |               | 0.31%     | $  | 6,659       |
| 32 | Insurance - Fleet/Cargo Coverages                |              | $ 15,860      |           | $  | 20,860      |
| 33 | License/FHUT Expense                             |              | $ 583         |           | $  | 550,583     |
| 34 | Cartage Agent and Interline Expense              |              |               | 3.23%     | $  | 78,552      |
| 35 | Terminal Rents                                   |              | $ 88,743      |           | $  | 3,600       |
| 36 | Communications - Cellular/Radio                  |              |               | 0.46%     | $  | 22,544      |
| 37 | Other Operating Expenses                         | $ 2,884      |               |           | $  | 53,837      |
| 39 | **GENERAL & ADMIN EXPENSES:**                    |              |               |           |    |             |
| 40 | Information Systems Salaries & Wages             | $ 581        |               |           | $  | 5,812       |
| 41 | Finance/Accounting Salaries & Wages              | $ 1,722      |               |           | $  | 17,221      |
| 42 | Marketing/Sales Salaries & Wages                 | $ 6,840      |               |           | $  | 68,395      |
| 43 | Exec/Admin Support Salaries & Wages              | $ 1,565      |               |           | $  | 15,652      |
| 44 | G&A Benefits                                     | $ 2,495      |               |           | $  | 49,903      |
| 45 | Other General/Admin Expenses                     | $ 3,709      |               |           | $  | 70,737      |
| 46 | Real Estate Taxes                                |              |               |           | $  | -           |
| 47 | Insurance                                        |              | $ 3,927       |           | $  | -           |
| 48 | Communciations                                   | $ 725        |               |           | $  | 7,251       |
| 49 | Utilities                                        | $ 896        |               |           | $  | 28,963      |
| 50 | Professional Fees                                |              |               |           | $  | 200,000     |
| 51 | Closing Costs - APA                              |              |               |           | $  | -           |
| 52 | Quarterly Fee - US Trustee                       |              |               |           | $  | -           |
| 53 | Potential Cure Amounts from Purchased Contracts  |              |               |           | $  | -           |
| 55 | **UNION BENEFITS**                               |              |               |           |    |             |
| 56 | Union Benefits (excl Health & Pension)           |              |               | 9.15%     | $  | 144,259     |
| 57 | Union Pension                                    |              |               |           | $  | 428,765     |
| 58 | Union Health                                     |              |               |           | $  | 359,237     |
| 60 | **Projected Cash Expenditures**                  |              |               |           | $  | 3,525,448   |
| 62 | **Projected Operating Cash Surplus (Shortage)**  |              |               |           | $  | (940,448)   |
| 65 | Interest Income                                  |              |               |           | $  | 472         |
| 66 | Interest Expense - Revenue Equipment             |              |               |           | $  | -           |
| 67 | Interest Expense - Building                      |              |               |           | $  | -           |
| 68 | Interest Expense - Line of Credit                |              |               |           | $  | -           |
| 69 | Other Misc Income(Expense)                       |              |               |           | $  | 3,829       |
| 70 | Total Other Inc (Exp)-Net                        |              |               |           | $  | 4,301       |
| 72 | **Projected Net Overall Cash Surplus (Shortage)**|              |               |           | $  | (936,147)   |