IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| STANDARD FORWARDING CO., | ) | Case No. 09-83707 |
| INC., an Illinois corporation, | ) | |
| | ) | Honorable Thomas L. Perkins |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

I, Nathan Q. Rugg, an attorney, hereby certify that I caused a copy of the attached **AGREED INTERIM ORDER ON MOTION OF DEBTOR PURSUANT TO SECTIONS 105(a), 362, 363, 364, 507 AND 552 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 4001(c) FOR ENTRY OF INTERIM AND FINAL ORDERS (A) AUTHORIZING POST-PETITION FINANCING; (B) AUTHORIZING THE USE OF CASH COLLATERAL; (C) GRANTING ADEQUATE PROTECTION; (D) MODIFYING THE AUTOMATIC STAY; AND (E) SCHEDULING A FINAL HEARING,** entered by the Court on March 1, 2010, to be served on the parties listed on the list attached hereto via email and facsimile, as indicated thereon, on the 1st day of March, 2010.

                                        /s/ Nathan Q. Rugg
                                  Adelman & Gettleman, Ltd.
                                  53 W. Jackson Blvd., Suite 1050
                                  Chicago, Illinois 60604
                                  Telephone: (312) 435-1050
                                  Facsimile: (312) 435-1059

# STANDARD FORWARDING CO. INC.
## AGREED INTERIM AGREED SERVICE LIST (3/1/2010)

### VIA EMAIL/ECF

*United States Trustee*
Sabrina M. Petesch
United States Department of Justice
Office of the United States Trustee
401 Main Street, Suite 1100
Peoria, IL 61602
Fax: 309-671-7857
Sabrina.M.Petesch@usdoj.gov

*Local Counsel for Debtor*
Sumner Bourne
411 Hamilton Blvd #1600
Peoria, IL 61602
sbnotice@mtco.com

*Counsel to First Midwest Bank*
Michael J. Small, Esq.
Thomas Hardy, Esq.
Foley & Lardner LLP
321 N. Clark Street, Suite 2800
Chicago, IL 60654
Fax: 312-832-4700
msmall@foley.com

*Local Counsel to Wells Fargo*
Robert Lindstrom, Esq.
311 E. Main Street, Suite 412
Bondi Building
Galesburg, IL 61401
Fax: 309-343-3001
bob@boblindstromlaw.com

*Wells Fargo Bank*
Wells Fargo Bank
MAC N8236-043
203 W. 3rd Street, 4th Floor
Davenport, IA 52801
Attn: Jim Hilgenberg
jim.hilgenberg@wellsfargo.com

*Counsel for Internal Revenue Service*
Gerard Brost
United States Department of Justice
211 Fulton, Suite 400
Peoria, IL 61602
Fax: 309-671-7259
Gerard.brost@usdoj.gov

*Counsel for Illinois Department of Revenue*
William Katich
U.S. Attorney Office
Revenue Litigation Bureau
500 S. Second Street
Springfield, IL 62706
Fax: 217-782-1396
w.katich@aty.state.il.us

*Counsel for Central States Funds*
Brad R. Berliner
Central States Funds Law. Dept.
9377 W. Higgins Rd.
Rosemont, IL 60018
bberliner@centralstates.org

Chris Dickerson
Felicia Gerber Perlman
Skadden Arps
155 North Wacker Drive
Chicago, IL 60606
cdickers@skadden.com
felicia.perlman@skadden.com

*Counsel to Committee*
Steven B. Towbin, Esq.
Gordon E. Gouveia, Esq.
Shaw Gussis Fishman Glantz
Wolfson & Towbin, LLC
321 N. Clark Street, Suite 800
Chicago, IL 60610
stowbin@shawgussis.com
ggouveia@shawgussis.com

86037.2 3/1/10

*Counsel for TM Doyle Teaming Company*
James L. Hafele
301 SW Adams St. #700
Peoria, IL 61602
Fax: 309-676-0324

*Counsel for EMC Insurance Companies*
Jeffrey D. Goetz
Bradshaw, Fowler, Proctor & Fairgrave
801 Grand Avenue, Ste 3700
Des Moines, IA 50309-8004
goetz.jeffrey@bradshawlaw.com


**COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS**

*Deputy Gen. Counsel for: Central States, Southeast and Southwest Areas Pension Fund and Central States, Southeast and Southwest Areas Health and Welfare Fund*
Robert A. Coco, Esq. - Chairman
Central States Law Department
9377 West Higgins Road
Rosemont, IL 60018
Fax: 847-518-9797
rcoco@centralstates.org

David D. Engstrom
Office of the President
Mutual Wheel Company
2345 4th Avenue
Moline, IL 612165
(309) 757-1200
daveengstrom@hotmail.com

Rick Stoltenberg
Midwest Wheel Companies
8502 Northwest Blvd
Davenport, IA 52806
(563) 445-3416  (563) 322-5940 fax
rickstoltenberg@midwestwheel.com

*Counsel for: Teamsters National Freight Industry Negotiating Committee*
Frederick Perillo
Previant, Goldberg, Uelmen, *et al.*
1555 N. River Center, Suite 202
Milwaukee, WI 53212
(414) 271-4500
fp@previant.com
sjg@previant.com

*Counsel for: IBT Local 710 Pension Fund*
Paul M. Newcomer
Law Office of Russell N. Luplow
185 Oakland Avenue, Suite 200
Birmingham, MI 48009
(248) 644-8666
pmnewcomer@msn.com


**VIA FACSIMILE**

*20 Largest Creditors* -
(not including committee members)

Ameriquest-Headquarters
PO Box 828997
Philadelphia, PA 19182
Fax: 856-773-0617

Bridgestone-Firestone, Inc.
PO Box 73418
Chicago, IL 60673
Fax: 615-493-1814

Bridgestone Bandag, LLC
PO Box 92090
Chicago, IL 60675
Fax: 563-262-1153

Osco Incorporated
PO Box 70
Lemont, IL 60439
Fax: 630-257-2181

86037.2 3/1/10

Smith Oil Corporation
PO Box 3275
Rockford, IL 61106
Fax: 815-229-8106

Sopus Products
PO Box 7247-6236
Philadelphia, PA 19170
Fax: 713-217-3308

Thermo King Quad Cities
PO Box 6157
Rock Island, IL 61204
Fax: 309-787-8393

Twin Bridges Truck City Inc.
PO Box 1720
Bettendorf, IA 52722
Fax: 563-355-8529

Wisconsin Health Fund
Box 88487
Milwaukee, WI 53288
Fax: 414-257-9705

Brown Truck Leasing Corp.
2525 East Euclid, Suite 214
Des Moines, IA 50317
Fax: 515-265-9993

Diesel Dogs Truck Repair, Inc.
2091 Energy Park Drive
St. Paul, MN 55108
Fax: 651-636-2514

EDS Mobile Maintenance Svc.
8341 W. 133rd Street
Orland Park, IL 60462
Fax: 708-423-6772

Fauser Oil Co. Inc.
Attn: Darrell Wilhelm
1640 Normandy Court, Suite A
Lincoln, NE 68512
Fax: 402-466-6838

Interstate Transport Repair Inc.
8500 W. 53rd Street
McCook, IL 60525
Fax: 708-447-4640

Mellon Financial Services
Central States
5503 N. Cumberland Road
Chicago, IL 60656
Fax: 847-518-9773

US Trailer Parts & Supply, Inc.
4334 S. Tripp Avenue
Chicago, IL 60632
Fax: 773-927-7028

Zacher Truck Service
929 W. Waterford Avenue
Milwaukee, WI 53221
Fax: 414-482-4015

86037.2 3/1/10

**IT IS SO ORDERED.**

**SIGNED THIS: March 01, 2010**

---
THOMAS L. PERKINS
UNITED STATES CHIEF BANKRUPTCY JUDGE

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| STANDARD FORWARDING CO., INC., | Case No. 09-83707 |
| Debtor. | Honorable Thomas L. Perkins |

**AGREED INTERIM ORDER ON MOTION OF DEBTOR PURSUANT TO SECTIONS 105(a), 362, 363, 364, 507 AND 552 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 4001(c) FOR ENTRY OF INTERIM AND FINAL ORDERS (A) AUTHORIZING POST-PETITION FINANCING; (B) AUTHORIZING THE USE OF CASH COLLATERAL; (C) GRANTING ADEQUATE PROTECTION; (D) MODIFYING THE AUTOMATIC STAY; AND (E) SCHEDULING A FINAL HEARING**

85843 v1

This matter coming to be heard for the continued initial hearing on that certain *Motion of the Debtor Pursuant to Sections 105(a), 362, 363, 364, 507 and 552 of the Bankruptcy Code and Bankruptcy Rule 4001(c) for Entry of Interim and Final Orders (a) Authorizing Postpetition Financing; (b) Authorizing the Use of Cash Collateral; (c) Granting Adequate Protection; (d) Modifying the Automatic Stay; and (e) Scheduling a Final Hearing* (the "Motion"), the Court having reviewed the Motion, the terms and provisions of this Interim Order, and having heard and considered statements of counsel, and any objections and any evidence offered; and the Court being fully advised in the premises;

THE COURT HEREBY CONCLUDES AND ORDERS AS FOLLOWS:

1. The Debtor is authorized to obtain financing from the DIP Lender on an interim basis pursuant to, and on the terms set forth in, that certain INTERIM ORDER ON MOTION OF DEBTOR PURSUANT TO SECTIONS 105(a), 362, 363, 364, 507 AND 552 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 4001(c) FOR ENTRY OF INTERIM AND FINAL ORDERS (A) AUTHORIZING POST-PETITION FINANCING; (B) AUTHORIZING THE USE OF CASH COLLATERAL; (C) GRANTING ADEQUATE PROTECTION; (D) MODIFYING THE AUTOMATIC STAY; AND (E) SCHEDULING A FINAL HEARING, entered by this Court on January 4, 2010 (the "January 4 Order") and the subsequent order entered by this Court on January 28, 2010, with respect to the Debtor's continued use of cash collateral and interim financing (together with the January 4 Order, the "Interim DIP Orders"). Any capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the January 4 Order.

85843 v3 2/26/2010

2. The findings of fact, conclusions of law and all provisions of the Interim DIP Orders are adopted hereby in full, except as modified and set forth below:

   a. The DIP Budget shall include the budget attached hereto as Exhibit A, which budget is expressly made a part hereof;

   b. The DIP Credit Facility Maturity Date is extended through and including March 15, 2010; and

   c. The Challenge Deadline is extended through and including March 12, 2010, unless otherwise ordered or rendered moot by the Court in connection with proposed sale described in the pending Motion of the Debtor for entry of an order: (A) approving an asset purchase agreement for the sale of substantially all of the assets of the estate; (B) authorizing the sale of the assets of the Debtor pursuant thereto free and clear of liens, claims, encumbrances and interests; (C) authorizing the assumption and assignment of executory contracts and unexpired leases; and (D) authorizing the payment of priority claims immediately upon closing of sale, set for hearing on March 4, 2010.

3. This Interim Order shall be immediately effective upon its entry, and shall not be stayed until the expiration of 14 days or any other period after its entry pursuant to Bankruptcy Rule 6004(h) or otherwise.

4. The Debtor shall serve a copy of this Interim Order on or before March 1, 2010 to the following parties: (i) the United States Trustee in this District, (ii) each of the Debtor's twenty (20) largest unsecured creditors, (iii) the Debtor's secured creditors, (iv) counsel for the Committee, and (v) any other party entitled to or requested notice under Bankruptcy Rule 4001. The Debtor may provide such service by electronic mail, facsimile, U.S. mail and/or overnight courier.

5. To the extent of any inconsistency between the terms of the Prepetition Loan Documents, the DIP Financing Documents and this Interim Order, this Interim Order will control in all respects.

3

85843 v3  2/26/2010

Agreed as to Form and Content:

| | |
|---|---|
| /s/ Nathan Q. Rugg | /s/ Michael J. Small |
| Howard L. Adelman, Esq. | Michael J. Small, Esq. |
| Henry B. Merens, Esq. | Thomas C. Hardy, Esq. |
| Nathan Q. Rugg, Esq. | Foley & Lardner LLP |
| Adelman & Gettleman, Ltd. | 321 N. Clark St., Suite 2800 |
| 53 W. Jackson Blvd, Suite 1050 | Chicago, Illinois 60610 |
| Chicago, Illinois 60604 | (t) 312-832-5832 |
| (t) 312-435-1050 | (f) 312-832-4700 |
| (f) 312-435-1059 | |
| | |
| Counsel to the Debtor | Counsel to DIP Lender |

  /s/ Steven B. Towbin
Steven B. Towbin, Esq.
Gordon E. Gouveia
Shaw Gussis Fishman Glantz
  Wolfson & Towbin LLC
321 N. Clark Street, Suite 800
Chicago, IL 60654
(t) 312-541-0151
(f) 312-980-3888

Counsel to the Committee

###

4

85843 v3  2/26/2010

# EXHIBIT A

# Standard Forwarding Co., Inc.

Cash Budget Forecast - March 1 - 15, 2010

|   |   |   |   | Mar-10 |
|---|---|---|---|---|
| Work Days |   |   |   | 11 |
| Holidays |   |   |   | 0 |
| Total Days |   |   |   | 10 |
|   |   |   |   | 11 |

| | | | | |
|---|---|---|---|---|
| **Projected Cash Receipts** | | | | $ 2,585,000 |

| OPERATING EXPENSES: | Fixed Per Day | Fixed Per Month | Variable | |
|---|---|---|---|---|
| Driver Wages | | | 27.75% | $ 589,145 |
| Dock Wages | | | 3.25% | $ 68,999 |
| Manager/Supv/Dispatch Salaries & Wages | $ 7,519 | | | $ 75,188 |
| Dock Manager/Supv Salaries & Wages | $ 834 | | | $ 8,338 |
| Customer Service Salaries & Wages | $ 1,318 | | | $ 13,179 |
| Operations Non Bargaining Benefits | $ 2,421 | | | $ 48,423 |
| Billing/Clerks Wages | $ 1,610 | | | $ 16,426 |
| Shop Management Wages | $ 636 | | | $ 6,362 |
| Shop Management Benefits | $ 157 | | | $ 3,145 |
| Shop Maintenance Wages | $ 2,485 | | | $ 25,351 |
| Parts & Outside Repairs | $ 12,382 | | | $ 123,816 |
| Shop Operating Expenses | $ 487 | | | $ 4,869 |
| Tractor Lease/Rental Expense | $ 142 | | | $ 6,424 |
| Trailer Lease/Rental Expense | $ 27 | | | $ 5,273 |
| Forklift/Misc Ops Equip Lease/Rental | $ 45 | | | $ 454 |
| Fuel/Oil/Taxes | | | 14.00% | $ 397,226 |
| Forklift Fuel Expense | | | 0.31% | $ 6,659 |
| Insurance - Fleet/Cargo Coverages | | $ 15,860 | | $ 20,860 |
| License/FHUT Expense | | $ 583 | | $ 550,583 |
| Cartage Agent and Interline Expense | | | 3.23% | $ 78,552 |
| Terminal Rents | | $ 88,743 | | $ 3,600 |
| Communications - Cellular/Radio | | | 0.46% | $ 22,544 |
| Other Operating Expenses | $ 2,884 | | | $ 53,837 |

| GENERAL & ADMIN EXPENSES: | | | | |
|---|---|---|---|---|
| Information Systems Salaries & Wages | $ 581 | | | $ 5,812 |
| Finance/Accounting Salaries & Wages | $ 1,722 | | | $ 17,221 |
| Marketing/Sales Salaries & Wages | $ 6,840 | | | $ 68,395 |
| Exec/Admin Support Salaries & Wages | $ 1,565 | | | $ 15,652 |
| G&A Benefits | $ 2,495 | | | $ 49,903 |
| Other General/Admin Expenses | $ 3,709 | | | $ 70,737 |
| Real Estate Taxes | | | | $ - |
| Insurance | | $ 3,927 | | $ - |
| Communications | $ 725 | | | $ 7,251 |
| Utilities | $ 896 | | | $ 28,963 |
| Professional Fees | | | | $ 200,000 |
| Closing Costs - APA | | | | $ - |
| Quarterly Fee - US Trustee | | | | $ - |
| Potential Cure Amounts from Purchased Contracts | | | | $ - |

| UNION BENEFITS | | | | |
|---|---|---|---|---|
| Union Benefits (excl Health & Pension) | | | 9.15% | $ 144,259 |
| Union Pension | | | | $ 428,765 |
| Union Health | | | | $ 359,237 |

| **Projected Cash Expenditures** | | | | $ 3,525,448 |
|---|---|---|---|---|

| **Projected Operating Cash Surplus (Shortage)** | | | | $ (940,448) |
|---|---|---|---|---|

| Interest Income | | | | $ 472 |
|---|---|---|---|---|
| Interest Expense - Revenue Equipment | | | | $ - |
| Interest Expense - Building | | | | $ - |
| Interest Expense - Line of Credit | | | | $ - |
| Other Misc Income(Expense) | | | | $ 3,829 |
| Total Other Inc (Exp)-Net | | | | $ 4,301 |

| **Projected Net Overall Cash Surplus (Shortage)** | | | | $ (936,147) |
|---|---|---|---|---|